# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 74

Shirley Krueger,                                          Plaintiff and Appellee

v.

Albert Krueger,                                          Defendant and Appellant

## No. 20220333

Appeal from the District Court of Sheridan County, South Central Judicial District, the Honorable David E. Reich, Judge.

AFFIRMED.

Per Curiam.

Micheal A. Mulloy, Bismarck, ND, for plaintiff and appellee; submitted on brief.

Albert D. Krueger, Harvey, ND, self-represented; submitted on brief.

# Krueger v. Krueger
## No. 20220333

**Per Curiam.**

[¶1]   Albert Krueger appeals from a district court order denying his motion to modify spousal support and granting Shirley Krueger's motion for contempt. He argues the court erred by not terminating his spousal support obligation and finding him in contempt for failing to pay Shirley Krueger spousal support. He also argues the court erred by allowing Shirley Krueger's son to testify on the rental value of Albert Krueger's farmland. After reviewing the record, the district court's findings on spousal support are not clearly erroneous, and the court's decisions on witness testimony and contempt were not an abuse of discretion. We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).

[¶2]   Jon J. Jensen, C.J.
          Daniel J. Crothers
          Lisa Fair McEvers
          Jerod E. Tufte
          Douglas A. Bahr